1 **TODD H. MASTER [SBN. 185881]**
tmaster@hrmrlaw.com
2 **HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
3 San Mateo, CA  94403
Telephone:     (650) 365-7715
4 Facsimile:     (650) 364-5297

5 Attorneys for Defendants
CITY OF PLEASANTON, ROY GAMEZ,
6 BRADLEY MIDDLETON, RYAN TUJAGUE
and JOSHUA CERRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| LILY BEATRIZ CALDERON-HUEZO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANTON, et al.<br><br>Defendants. | Case No. 4:18-CV-06566-RS<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

IT IS HEREBY STIPULATED by and between plaintiff LILY BEATRIZ CALDERON-HUEZO and defendants CITY OF PLEASANTON, ROY GAMEZ, BRADLEY MIDDLETON, RYAN TUJAGUE and JOSHUA CERRI by and through their designated counsel, that the above-entitled action filed by Plaintiff against said Defendants is dismissed in its entirety with prejudice

HOWARD ROME MARTIN & RIDLEY LLP
1900 O' FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

Date: August 27, 2019

HOWARD ROME MARTIN & RIDLEY LLP

By: /s/ Todd H. Master
    Todd H. Master
    Attorneys for Defendants
    CITY OF PLEASANTON, ROY GAMEZ,
    BRADLEY MIDDLETON, RYAN
    TUJAGUE and JOSHUA CERRI

LAW OFFICES OF JOHN L. BURRIS

Date: August 27, 2019

By /s/ James Cook
    James Cook
    Attorneys for Plaintiff
    LILY BEATRIZ CALDERON-HUEZO

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, the above-entitled action against defendants CITY OF PLEASANTON, ROY GAMEZ, BRADLEY MIDDLETON, RYAN TUJAGUE and JOSHUA CERRI is dismissed with prejudice.

Dated: 8/27/19

The Honorable Richard Seeborg
United States District Court